IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02076–MSK–KMT

CROWN ENERGY, INC., a Colorado corporation,

    Plaintiff,

v.

OCS AMERICAN CAPITAL, LTD., a New Mexico limited liability company,

    Defendant.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Corrected Motion to Dismiss" (Doc. No. 30, filed Apr. 2, 2014) is DENIED without prejudice.  Under the circumstances presented, where Defendant's fully-briefed Motion to Dismiss has been pending for nearly six months (*see* Doc. No. 11, filed Oct. 10, 2013), the court declines to allow Defendant to <u>unilaterally</u> file a Corrected Motion to Dismiss.  Instead, the court will require that Defendant seek leave of court to substitute its Corrected Motion to Dismiss for its previously-filed Motion to Dismiss.  Defendant shall comply with D.C.COLO.LCivR 7.1(a)'s duty to confer prior to seeking leave to file a substituted motion to dismiss.

In addition, Chief Judge Marcia S. Krieger's Practice Standards requires that the counsel confer prior to the filing of a Rule 12(b)(6) motion to dismiss to determine whether the deficiencies to be raised in the Rule 12(b)(6) motion can be corrected by amendment.  *See* MSK Civ. Practice Standard V.I.2.c.  The court finds that the parties' conferral regarding Defendant's prior Motion to Dismiss does not discharge this duty with respect to the Corrected Motion to Dismiss.

Dated:   April 4, 2014